## NEWTON COUNTY v. EVERETT.

EVANS, P. J.  No error of law is complained of, and the evidence is sufficient to sustain the verdict.

*Judgment affirmed. All the Justices concur.*

OCTOBER 12, 1915.

Action for damages.  Before Judge Reid.  Newton superior court.  October 3, 1914.

*R. W. Milner,* for plaintiff in error.  *Rogers & Knox,* contra.

---

## ROUNTREE v. NEELY.

FISH, C. J.  Where on the hearing of an application for temporary injunction the evidence on the material issues was conflicting, the judge did not abuse his discretion in refusing to grant such injunction.

*Judgment affirmed. All the Justices concur.*

OCTOBER 12, 1915.

Petition for injunction.  Before Judge Hammond.  Burke superior court.  May 5, 1915.

*Brinson & Hatcher* and *E. V. Heath,* for plaintiff.

*H. J. Fullbright,* for defendant.

---

## MITCHELL v. MITCHELL.

BECK, J.  Under the evidence in the case it does not appear that the court abused its discertion in awarding the alimony allowed in the present case.                              *Judgment affirmed. All the Justices concur.*

OCTOBER 12, 1915.

Temporary alimony.  Before Judge Mathews.  Bibb superior court.  April 7, 1915.

*Akerman, Akerman & McManus,* for plaintiff in error.

*A. T. Walden,* contra.